```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 06871
   MIGUEL ANGEL GUZMAN
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9672
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/13/06 and confirmed on 08/16/06.

   2.  The case was dismissed after confirmation, 09/14/2007.

   3.  The Debtor paid a total of $   6525.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC/HOMECOMINGS | CURRENT MORTG | .00 | .00 | .00 |
| GMAC/HOMECOMINGS | MORTGAGE ARRE | 70.70 | .00 | 70.70 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 1755.03 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 584.00 | 24.23 | 121.70 |
| CENTRIX FINANCIAL | SECURED | 16243.00 | 703.72 | 2833.10 |
| LAKEWOOD FALLS COMMUNITY | MORTGAGE ARRE | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 3015.44 | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 854.74 | .00 | .00 |
| OVERLAND BOND & INVESTME | UNSECURED | 10782.63 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIUM ASSET RECOVERY | UNSECURED | 520.00 | .00 | .00 |
| PREMIUM ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| UNITED COLLECTIONS | UNSECURED | 458.00 | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 51.54 | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | 165.19 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      18652.73            .00      15847.54            .00     34500.27
PRINCIPAL PAID           3025.50            .00           .00            .00      3025.50
INTEREST PAID             727.95            .00           .00            .00       727.95
TOTAL PAID               3753.45            .00           .00            .00      3753.45
```
The Debtor's attorney, LEDFORD & WU                    , was allowed $   3000.00
and was paid $     500.00   direct and $   2500.00   through the plan.

The Trustee received $      271.55 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/18/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 06871 MIGUEL ANGEL GUZMAN